UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                                    **CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

                                 **-CR-      (   ) (   )  21 Mag 398**

TYRIEK FORTUNE

                            Defendant(s).
-------------------------------------------------------------------X

Defendant _TYRIEK FORTUNE__ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

__x_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__x_   Bail/Detention Hearing

__x_   Conference Before a Judicial Officer


_Donald Yannella_ for Tyriek Fortune
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Donald Yannella_____
Defendant's Counsel's Signature

TYRIEK FORTUNE_____
Print Defendant's Name

Donald Yannella_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_1/26/2021_____
_____
Date

_Debra Freeman_____
U.S. District Judge/U.S. Magistrate Judge